In the Matter of the Claim of SAVERY SHAMROY against
PENNSYLVANIA RAILROAD COMPANY, Respondent.
STATE INDUSTRIAL BOARD, Appellant.

Argued April 9, 1941; decided April 24, 1941.

*John J. Bennett, Jr.,* Attorney-General (*John F. Loehr* of counsel), for appellant.

*G. Hunter Merritt* and *Ray Rood Allen* for respondent.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and RIPPEY, J.